PLAINTIFF: RYAN THAY 18,200                                    03-11-18

dim#: 17R 1739                                              "objection"

d.o.b: 10-1-93

RJ                 11

"3-11-18 date signed"    ~~FACT~~ "objection"

AT Watertown ~~jail~~ facilitys

dEAR, TO WHOM THIS MAY CONCERN "YOUR HONOR"
"SIR" "or" "MAM".. ETC...

I AM The Above named PLAINTIFF IN The "PARKer et.Al. v. The City of New York. g.g.g. I AM objecting To The "18,200" THAT was offered to Me. oN BeHAlf of The "fACt". THAT I THINK I Should Bee AWARded MORe compensation for THIS CLASS Action Settlement due to The "fACT" I suffer from "MENTAl TRAuMA" AND PHYSICAlEy AND MENTAly Also I was MISS TReated IN The "Bing" By several officer's THAT were oN "POSt" THAT Also Beat Me uP AND Cost Me "Alot" of PAIN MENTAley AND PHYSICAlEy. Also I AM Seeking To Get help IN JAil And when ~~I get home to~~ my fAmiley. I AM going To StARt or And Need TheRAPY for My MENTAl AND for My PHYSICAlEy Abilities AND 18,200 woN't Bee enough For me to "PAY" for My Sessions. AND WHEN I'M worried About My well Beeing AND Beeing Able To Work For The Rest of My life Also I AM NoT going To know How cope with "society" As well cope with My-self. AND All The Move meant's Around me. due to My "SCHIZoPHReniA" definition → ⓐ PHYchosis USU. MARked. By withdrawal from Reality Are By VARiable emotional Behavioral. ~~O~~ or INtellectual disturbance (preJudice) A biAS for or AgAint's something formed without sufficient BASICS.

② IRRATIONAL intolerance of or hostility towards members of a certain race, religion, or group. ③ determent to one or one's legal rights to fill with prejudice. To be determental to......

- pre-judge - To judge before knowing all the "FACTS"

- mental-deficiency: subnormal intellectual development of functioning resulting from congential causes "brain injury" or disease and marked by impaired learning skills...

- memory loss: ① The mental faculty of storing past experiences and recalling them at will. ② An instance of remembering: Recollecting. ③ All that a person can remember. ④ Something remembered. the time period within which something is remember ⑤ A unit of computer that stores data for retrieval.

"I would also"
"Like to Bee heard at the hering."

P.S. These are "some" not all of the things I suffer from as I cannot think of all the things that are wrong with me. That is the reason why I need therapy from doctor's and help when I get home to my kids. All failure that also my life has been ruined and trauma tired from all these police violations. All being mistreated by the law.

**WATERTOWN CORRECTIONAL FACILITY**
P.O. BOX 168
WATERTOWN, NEW YORK 13601-0168

NAME: Ryan Thompson   DIN: 17R1739

"LEGAL"
Watertown
"MAIN"
Correctional Facility

NEOPOST
03/15/2018
US POSTAGE $000.50⁰

ZIP 13601
041L11259631

TO ⇔ The Clerk of court,
United States district court,
Eastern district of New
York, 225 Cadman Plaza East
Brooklyn New York 11201

"Legal Mail"
"* Mail *"

SWSS
USS

1120131837 C030

**NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM**

NAME: Ryan Jhagroo   DIN: 17R1739

Printed on Recycled Paper