MARCH 15, 2018

Cuti Hecker Wang, LLP
305 Broadway
New York, NY
10007

FILED
CLERK

2018 MAR 23  AM 3:52

U.S. DISTRICT COURT
EASTERN DISTRICT

Re: <u>Parker v City of New York</u>, 15 Civ. 06733 (CPL); <u>OBJECTION TO SETTLEMENT</u>, 1. re Proctor, Allen AKA GOODMAN, John, <u>NYSID #2724183J</u>

Dear Sirs:

      Please kindly construe this communication as a <u>claim form</u> ;; and please kindly send me a claim form, as I believe that I am an eligible pre-trial detainee who was detained within the Department of Corrections and served "old time" in punitive segregation at some time between 11/23/12 and 9/16/15 (however, the exact dates are unknown).

      **Please** be further advised that <u>I object to the settlement</u>, as I believe that I should be paid more than $175.00 for each day that I spent in punitive segregation.

      Further, as I am presently incarcerated and have no access to the Internal Revenue Service offices or their forms, please **send me a W-9 form** sso taht I may submit same as you requested. My Social Security Number is:   0045.

      This letter is postmarked prior to March 26, 2018.

      Your prompt assistance regarding this matter would be very much appreciated.

                              Respectfully yours,

                              Allen Proctor
                              Book & Case# 349-18-01439
                              A.M.K.C.
                              18-18 Hazen Street
                              East Elmhurst, NY 11370

cc: United States District Court
    Eastern District of New York
    225 Cadman Plaza
    Brooklyn, NY
    11201

    File

Allen Proctor
Book & Case # 349-18-01439
A.M.K.C.
18-18 Hazen St.
E. Elmhurst, NY 11370

Legal Mail

United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY
11201

NEW YORK NY 100
21 MAR 2018 PM 12 L