15-CV-6733 (CLP)

Dear Clerk of Court

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 24 2019 ★
BROOKLYN OFFICE

Hy my name is Sundance Oliver 15A2367 Currently Residing in Midstate Correctional Facility. My reason for writing you is due to no response from Parker et al. v. City of New York regarding my settlement. I've sent multiple letters out trying to find out what was going on with my settlement because a couple of people that had the same settlement recieved payment. So I was wondering why have I not. I would very much appreciate it if I can get some sort of Information Regarding this matter. My claim no. is 1000295 Claim no: 1000295 Name is Sundance Oliver. Thank you for your time Have a blessed day



RECEIVED
JAN 24 2019
PRO SE OFFICE

Case 1:15-cv-06733-CLP Document 105 Filed 01/24/19 Page 2 of 2 PageID #: 653

legal mail
FIRST-CLASS MAIL

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: S. Oliver      DIN: 15A2367

Mid - State

☆

Correctional Facility

neopost
01/16/2019
US POSTAGE $000.47⁰

ZIP 13403
041L11251108

Clerk of Court, United States District Court
Eastern District of New York, 225 Cadman Plaza
East, Brooklyn New York 11201

11201*9999

legal mail                                legal mail