UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROY PARKER, RAJAB ASEP,
CHRISTOPHER CHANDLER, CHAUNCEY
MIRANDA, AND CESAR RIVERA,
on behalf of themselves and others similarly
situated,

                Plaintiffs,

    -v-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------X

Case No. 15-6733 (CLP)

**STIPULATION AND ORDER REGARDING INTERIM AWARD OF ATTORNEYS' FEES AND COSTS**

WHEREAS, pursuant to Paragraph 71 of the Settlement Agreement that the Court finally approved on December 4, 2018, Alexander Reinert and Cuti Hecker Wang LLP ("Class Counsel"), are entitled to reasonable attorneys' fees and costs pursuant to F.R.C.P. 23(h); and

WHEREAS, with the Court's assistance, the parties have met and conferred and negotiated in good faith regarding the amount of reasonable attorneys' fees and costs that Class Counsel should be awarded for all services performed and all costs incurred in this class action through June 4, 2019;

NOW, THEREFORE, counsel for the parties hereby STIPULATE and AGREE, and for good cause shown, the Court hereby ORDERS, as follows:

1. Class Counsel shall be awarded a total of $700,000.00 for attorneys' fees and $8,660.54 in full satisfaction of Plaintiffs' claims for services performed and costs incurred through June 4, 2019;

2. Such amounts shall be paid in a single check made payable to Cuti Hecker Wang LLP and shall be paid no later than ninety days from the date of this Order;

3. Plaintiffs shall release and discharge Defendant, its successors or assigns, and all past and present officials, employees, representatives, and agents of the Defendant or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action for work performed through June 4, 2019;

4. Plaintiffs and Class Counsel hereby agree and represent that no other claims for attorneys' fees, expenses, or costs arising out of this action for work performed through June 4, 2019 shall be made by or on behalf of Plaintiffs in any application for attorneys' fees, expenses, or costs at any time;

5. Class Counsel are entitled to additional compensation for services reasonably performed and costs reasonably incurred after June 4, 2019, and such entitlement shall be determined through negotiation, and if necessary, motion practice, at the conclusion of this case.

Dated: New York, New York
August 16, 2019

_____
Alexander Reinert
55 Fifth Avenue, Room 1005
New York, NY 10003
(212) 790-0403

Eric Hecker
Daniel Mullkoff
CUTI HECKER WANG LLP
305 Broadway, Sixth Floor
New York, NY 10007
(212) 620-2600

*Attorneys for Plaintiff*

_____
Martin Bowe
Assistant Corporation Counsel
100 Church Street, Room 2-194
New York, New York 10007
(212) 356-0894

*Attorney for Defendant*

SO ORDERED:
/s/ Cheryl Pollak
_____
Cheryl L. Pollak, U.S.M.J.
Dated: 8/19/19